AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) |
|---|---|
| v. | ) |
| Tyrone Munoz and Raul Robledo | ) Case No. 1:24-mj-00507 |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 21, 2024** in the county of **Kent** in the **Western** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 841(a)(1), 841(b)(1)(C) | Possession with intent to distribute cocaine. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

The Court processed the complaint remotely. The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail). The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rules 3 and 4.1.

*Complainant's signature*

DEA Special Agent Daniel Saldana
*Printed name and title*

Date: 11/22/2024

*Judge's signature*

City and state: Grand Rapids, Michigan

Ray Kent, U.S. Magistrate Judge
*Printed name and title*